David J. Gittines, Esq.
**KAUFMAN, DOLOWICH & VOLUCK, LLP**
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Phone: (201) 488-6655
*Attorneys for Defendant,*
*Aswad & Ingraham, LLP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JASON CHOI, individually, and on behalf of all other similarly situated consumers,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>ASWAD & INGRAHAM, LLP,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO.<br>2:19-cv-17695-SDW-SCM<br><br>**NOTICE OF MOTION TO ENFORCE SETTLEMENT** |

TO:　Daniel Zemel, Esq.
　　　Nicholas Linker, Esq.
　　　Zemel Law LLC
　　　1373 Broad Street, Suite 203C
　　　Clifton, New Jersey 07013

**PLEASE TAKE NOTICE** that on September 8, 2020 at 9:00 in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Aswad & Ingraham, LLP, will move before the United States District Court, District of New Jersey, located in Newark, New Jersey in the above-captioned matter for an Order enforcing the settlement between the parties and barring any further discovery in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned will rely upon the Brief and Certification of Counsel with Exhibits, annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

**Kaufman Dolowich & Voluck, LLP**
Attorneys for Defendant Aswad & Ingraham, LLP

DATED: August 13, 2020          By:     /s/ David J. Gittines
                                                     David J. Gittines, Esq.
                                                   KAUFMAN, DOLOWICH & VOLUCK, LLP
                                                   Court Plaza North
                                                   25 Main Street, Suite 500
                                                   Hackensack, NJ  07601
                                                   Phone: (201) 488-6655
                                                   Fax:    (201) 488-6652
                                                   dgittines@kdvlaw.com