# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON CHOI, individually, and on behalf of all other similarly situated consumers,<br><br>   Plaintiff,<br><br>vs.<br><br>ASWAD & INGRAHAM, LLP.<br><br>   Defendant. | Case No.: 2:19-cv-17695-SDW-LDW |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Jason Choi and Defendant Aswad & Ingraham, LLP jointly hereby moves for final approval of class settlement in the amount of $10,758.88, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

Dated: October 18, 2021

                 Respectfully Submitted,

                 /s/*Daniel Zemel*
                 Daniel Zemel, Esq.
                 Nicholas Linker, Esq.
                 Zemel Law LLC
                 660 Broadway
                 Paterson, NJ 07514
                 (P) (862) 227-3106
                 dz@zemellawllc.com
                 nl@zemellawllc.com
                 Attorneys for Plaintiff

                 /s/David J. Gittines
                 David J. Gittines, Esq.
                 Iram Valentin, Esq.

Kaufman Dolwich & Voluck, LLP
25 Main Street, Suite 501
Hackensack, NJ 07601
T: 201-708-8237
dgittines@kdvlaw.com
ivalentin@kdvlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2021, the foregoing document was served on all counsel of record via the Court's e-filing system.

/s/*Daniel Zemel*
Daniel Zemel, Esq